|   |   |
|---|---|
| Corinne Chandler - SBN 111423<br>email: cchandler@kantorlaw.net<br>Christina Smith - SBN 193509<br>email: csmith@kantorlaw.net<br>Kantor & Kantor LLP<br>19830 Nordhoff Street<br>Northridge, CA 91324<br>Telephone: (818) 886-2525<br>Facsimile: (818) 350-6272 | E-FILED 02/01/11<br>JS-6 |

Attorneys for Plaintiff
Trace Robinson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACE ROBINSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. 2:10-CV-01619-PSG-RZ<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, with each party to bear their own costs, expenses and attorney's fees.

DATED: 02/01/11

PHILIP S. GUTIERREZ
_____

Hon. Philip S. Gutierrez

United States District Court Judge